**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-RB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NORMAN SCHMIDT,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter before the court is defendant Norman Schmidt's Motion for Modification of Court Order [#712], filed on April 13, 2006. Said motion is respectfully DENIED.

Dated: April 14, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.