**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NORMAN SCHMIDT
2. GEORGE ALAN WEED,
3. PETER A.W. MOSS,
4. CHARLES LEWIS,
5. JANNICE McLAIN SCHMIDT,
6. MICHAEL SMITH,
7. GEORGE BEROS,

    Defendants.

_____

**ORDER DENYING DEFENDANTS' ORAL MOTION FOR WITNESS LIST**
_____

**Blackburn, J.**

    The matter is before me is defendant Norman Schmidt's oral request for a non-binding list of the government's anticipated trial witnesses. The parties can not agree on the timing of such a disclosure. I deny the motion.

    The oral motion, which was made during the April 21, 2006, status-scheduling conference, is not supported by the apposite facts or law. Additionally, the issue is resolved for now by the **Second Trial Preparation Conference Order** [#720] entered April 24, 2006. *See* Order [#720] at 2-3, ¶ 6.

Case 1:04-cr-00103-REB   Document 746   Filed 05/11/06   USDC Colorado   Page 2 of 2

**THEREFORE, IT IS ORDERED** that defendant Norman Schmidt's oral request for a non-binding list of the government's anticipated trial witnesses **IS DENIED**.

Dated May 11, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**