**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-cr-00103-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  NORMAN SCHMIDT,

     Defendant.

**ORDER DENYING AS MOOT PRETRIAL MOTIONS [#235], [#236], [246], AND [#496]**

Numerous pretrial motions have been filed by defendant, Norman Schmidt.  Among those pretrial motions are four motions, i.e., [#235], [#236], [#246], and [#496], which have been resolved indirectly by other orders, but which show as still pending on the court's CM/ECF system.  This order is entered to deny as moot those four pretrial motions.

**THEREFORE, IT IS ORDERED** as follows:

| Dkt. No. | Motion Title | Date Filed | Action |
|---|---|---|---|
| 235 | Defendant Schmidt's Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements | 10/27/04 | **Denied as moot.** Resolved by [#584] and [#709]. |
| 236 | Defendant Schmidt's Motion to Order Government to Designate Documentary Evidence | 10/27/04 | **Denied as moot.** |

2

| 246 | Defendant Schmidt's Motion to Dismiss Counts of Indictment | 10/28/04 | **Denied as moot.** Resolved by order [#429], which resolved [#244], which requested the same relief. |
|-----|------------------------------------------------------------|----------|-------------------------------------------------------------------------------------------------------|
| 496 | Motion To Join in Defense Motions To Continue Trial        | 7/21/05  | **Denied as moot.** Resolved by [#505].                                                                |

Dated October 10, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**