**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-cr-00103-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NORMAN SCHMIDT,
2.  GEORGE ALAN WEED,
3.  CHARLES LEWIS, and
4.  MICHAEL SMITH,

      Defendants.

## TRIAL PROTOCOL ORDER

**Blackburn, J.**

      This matter is before me to fadge condign orders governing the protocol to be used concerning, *inter alia*, seating arrangements, juror questionnaires, jury selection, *voir dire* examination, opening statements, order of cross examination among defendants, and order of proof among defendants. I have crafted this protocol after reviewing the relevant papers of the parties and after conferring with counsel during the Trial Preparation Conference on March 2, 2007.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That trial by jury shall commence Monday, April 2, 2007, with jury selection commencing at 1:00 p.m., in courtroom A701 located on the seventh floor of the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, Colorado;

2. That unless the defendants agree otherwise, the defendants, their attorneys, and their support staff, if any, shall be seated as follows:

    a. that defendant, Norman Schmidt, his attorneys, and support staff shall be seated closest to the witness stand at the table located closest to the witness stand;

    b. that defendant, George Alan Weed, his attorney, and support staff shall be seated at the same table as defendant, Norman Schmidt;

    c. that defendant, Charles Lewis, his attorney, and support staff shall be seated on the left side (as viewed when facing the court's bench) of the smaller table located to the left (as viewed when facing the court's bench) of the podium; and

    d. that defendant, Michael, his attorneys, and support staff shall be seated on the right side (as viewed when facing the court's bench) of the smaller table located to the left (as viewed when facing the court's bench) of the podium;

3. That the attached juror questionnaire[1] shall be completed by all prospective jurors as soon as practicable after reporting for service in this case on April 2, 2007;[2]

4. That copies of the completed juror questionnaires shall be made available to counsel as soon as practicable;

5. That immediately subsequent to completion of the jury selection process, counsel shall surrender their copies of the juror questionnaires to the courtroom deputy clerk for destruction;[3]

---

[1] As used in this paragraph, "juror questionnaire" refers to the **Court Introduction To Juror Questionnaire** and **Juror Questionnaire**.

[2] This order effectively resolves the parties' competing positions concerning juror questionnaires.

[3] The original juror questionnaires shall be preserved for the record.

6. That 12 regular jurors and four (4) anonymous,[4] alternate jurors shall be selected pursuant to the attached **Jury Selection Protocol Order**;

7. That opening statements shall not exceed 60 minutes for the government and 25 minutes for each defendant;

8. That unless the defendants agree otherwise, the defendants shall make opening statements in the numerical order each appears in the caption of the Second Superseding Indictment, i.e., Schmidt, Weed, Lewis, and Smith;[5]

9. That unless the defendants agree otherwise, or unless the court directs otherwise, the defendants shall conduct cross examination in the reverse numerical order each appears in the caption of the Second Superseding Indictment, i.e., Smith, Lewis, Weed, and Schmidt;

10. That unless the defendants agree otherwise, the defendants shall present their respective defenses, if any, in the reverse numerical order each appears in the caption of the Second Superseding Indictment, i.e., Smith, Lewis, Weed, and Schmidt;

11. That before commencement of trial on April 2, 2007, the government and each defendant shall designate a liaison who shall meet with the courtroom deputy clerk at the conclusion of each day of trial to identify and confirm the evidence admitted during that day of trial to be made available via the clerk of the court to the media, press, and public in the morning of the following day;

12. That by the conclusion of each day of trial, any party presenting evidence

---

[4] The seating position of the four, alternate jurors shall be known only to the court and the parties.

[5] This provision does prevent any defendant from deferring his opening statement until after the government has completed its case in chief.

during the following day of trial shall identify to the other parties the witness or witnesses anticipated to be called during the following day of trial; and

      12. That the **Second Trial Preparation Conference Order** [#720] entered April 24, 2006, and all other pretrial orders affected by this **Trial Protocol Order** are amended and supplemented to the limited extent necessary to facilitate and implement the provisions of this **Trial Protocol Order**.

      Dated March 20, 2007, at Denver, Colorado.

      **BY THE COURT:**

      s/ Robert E. Blackburn
      **Robert E. Blackburn**
      **United States District Judge**