# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00103-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NORMAN SCHMIDT
2. GEORGE ALAN WEED,
4. CHARLES LEWIS, and
6. MICHAEL SMITH,

    Defendants.

_____

### ORDER RE GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

_____

**Blackburn, J.**

The matter before me is the **Government's Notice of Intent To Offer Evidence Pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence** [#1061] filed March 22, 2007. Defendants Schmidt and Smith have filed objections,[1] and the government has filed a reply. Generally, I accept and approve the notice.

In a detailed, circumstantiated, and well-reasoned response,[2] the government addresses, resolves, or refutes both objecting defendants' contentions point by point. As a result, only Schmidt's objections impugning the sufficiency and propriety of the

---

[1] *See* Schmidt's Response [#1109] filed April 9, 2007. *See* Smith's Response [#1107] filed April 8, 2007.

[2] *See* **Government's Response To Defendants Norman Schmidt and Michael Smith's Objections to the Government's Rule 902(11) Declarations** [#1112] filed April 11, 2007

declarations of three foreign declarants[3] and the relevance of some exhibits[4] remain pending and will be resolved other than on the basis of the government's proffer under 902(11) and 803(6).[5]  Otherwise, the government's notice satisfies the requirements of Fed.R.Evid. 902(11) and 803(6). No further record, information, or evidence is necessary or required to assist me in determining the sufficiency and propriety of the government's proffer.[6] *See* Fed.R.Evid. 104(a). Therefore, I approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in its thoughtful and comprehensive response, which adequately expatiates my ratiocination and obviates the need for further festooned reiteration.

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's proffer under Fed.R.Evid. 902(11) and 803(6) is accepted with respect to all exhibits identified and enumerated in the **Government's Notice of Intent To Offer Evidence Pursuant to Rules 803(6) and 902(11) of the** Federal Rules of Evidence [#1061] filed March 22, 2007, with the exception of the exhibits made the subject of the declarations of the foreign declarants, Gail Diamond, Sabrina C. A. Neehall, and Derry Williams;

2. That **Defendant Smith's Objection to Government Rule 902(11) Declarations** [#1107] filed April 8, 2007, is overruled;

---

[3] *See* Schmidt's Response [#1109] at 3, ¶ 7.

[4] *See* Schmidt's Response [#1109] at 3, ¶ 6.

[5] *See* Government's Response [#1112] at 5, ¶¶ 7 and 8.

[6] Thus, defendant Schmidt's request to make a further record subsequent to the government's response or reply is unnecessary and should be denied as superfluous. *See* Schmidt's Response [#1109] at 4, ¶ 10.

3. That **Norman Schmidt's Objections to Government's Declarations Purported To Be Offered Pursuant to Rule 902(11) of the Federal Rules of Evidence** [#1109] filed April 9, 2007, is overruled, with the exception of defendant's extant and pending objection to the sufficiency of the declarations of the foreign declarants, Gail Diamond, Sabrina C. A. Neehall, and Derry Williams; and

4. That defendant Schmidt's request to make a further record is denied.

Dated April 16, 2007, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**