**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NORMAN SCHMIDT,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter comes before the court on the **Ex Parte Motion To Allow Electronic Services Technician To Bring His Cellular Telephone Into Court** [#1166], filed under seal May 1, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that Mr. Greg Buchenberger, the services technician for defendant Norman Schmidt, should be permitted to bring his cellular telephone into the courthouse and the courtroom for the remainder of the trial.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Ex Parte Motion To Allow Electronic Services Technician To Bring His Cellular Telephone Into Court** [#1166], filed under seal May 1, 2007, is **GRANTED**;

    2.  That  Mr. Greg Buchenberger, the services technician for defendant Norman Schmidt, is permitted to bring his cellular telephone into the courthouse and courtroom for the remainder of the trial; and

3.  That a copy of this order shall be served on or provided to the following:

- The Honorable Lewis T. Babcock, Chief Judge
- Ed Zahren, U.S. Marshal
- Rod Robinson, Judicial Security Inspector
- Keith Jefferson, Court Security Officer Supervisor for the Alfred A. Arraj Courthouse

Dated May 1, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**