**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-01

UNITED STATES OF AMERICA

      Plaintiff,

v.

1.    NORMAN SCHMIDT,

      Defendant.

---

## ORDER OF FORFEITURE

---

The matter is before the court on the **Government's Motion Pursuant to Fed. R. Crim. P. 32.2(b) for an Order Setting Forth Money Judgments** [#1359] and the **Government's Reply to Defendant Norman Schmidt's Response to Motion for an Order of Forfeiture and Amendment to Its Motion for an Order of Forfeiture as to the Other Defendants** [#1442], to the extent that those pleadings request an *in personam* money judgment against defendant Norman Schmidt in the amount of $38,414,988.49.

The court finds pursuant to Fed.R.Crim.P. 32.2(b)(1) that the amount of $38,414,988.49 constitutes proceeds of the conspiracy and fraud offenses set forth in Counts 1, 2-4, 5, 9, and 12-29 of the **Second Superseding Indictment** [# 526], and that $13,808,714.19 of that amount constitutes property involved in the money laundering offenses set forth in Counts 30, 31, 34, and 36-45 of the **Second Superseding Indictment**, of which defendant, Norman Schmidt, was convicted at trial.

The court finds further that the amount of $38,414,988.49 reflects the gross proceeds of the conspiracy and fraud offenses set forth in Counts 1, 2-4, 5, 9, and 12-29 of the **Second Superseding Indictment** attributable to defendant, Norman Schmidt, in the amount of $55,841,066.19, minus the value of defendant Norman Schmidt's previously forfeited property in the amount of $17,426,077.70.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. That pursuant to Fed.R.Crim.P. 32.2(b)(1), defendant, Norman Schmidt, shall forfeit to the United States the amount of $38,414,988.49 pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Sections 981(a)(1)(A) & (C), 1956(c)(7), and 1961(1)(B) & (D);

2. That pursuant to Fed.R.Crim.P. 32.2(b)(3), this order of forfeiture is effective, *nunc pro tunc* to April 29, 2008, when the court first entered this order orally at defendant Norman Schmidt's sentencing;

3. That pursuant to Fed.R.Crim.P. 36, defendant Norman Schmidt's **Judgment and Commitment** [#1511] is amended to reflect and include this order of forfeiture;

4. That the court shall retain jurisdiction in the case for the purpose of enforcing this order; and

5. That the Clerk of the Court shall serve a copy of this order on the United States Marshal for the District of Colorado and counsel for the parties.

Dated October 27, 2008, *nunc pro tunc* to April 29, 2008.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**