IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 04-cr-00103-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. NORMAN SCHMIDT,

     Defendant.

## ORDER

Blackburn, J.

On March 9, 2010, the mandate of United States Court of Appeals for the Tenth Circuit issued in appellate action 08-1171. *See* Mandate [#1807] filed March 9, 2010. The mandate was issued in response to *United States v. Schmidt*, ___ F.3d ___, 2010 WL 481282 (10th Cir. 2010), in which the court of appeals reversed the convictions of defendant Schmidt on counts 12, 13, 14, and 18. This order is entered in response to that opinion and the resultant mandate.

**THEREFORE, IT IS ORDERED** as follows:

1. That the convictions and concomitant sentences of defendant, Norman Schmidt, on counts 12, 13, 14, and 18 of the Second Superseding Indictment are **VACATED**; and

2. That the Judgment in a Criminal Case [#1511] entered May 1, 2008, is **AMENDED** and **SUPPLEMENTED** accordingly.

Dated March 9, 2010, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   */s/ Robert E. Blackburn*
                                                   Robert E. Blackburn
                                                   United States District Judge