UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

MEMORANDUM

Date:  May 12, 2015

To:  Judge Robert Blackburn

Subject:  04-cr-103-REB, *USA v. Norman Schmidt*, Restitution

George Beros was sentenced to pay restitution to the Estate of Jean-Yves Gauthier in the amount of $202,206.00, per the attached judgment. The victim is still owed $200,098.73. We have received a request to change the victim's name from the Estate of Jean-Yves Gauthier to Therese Bherer. The estate of Jean-Yves Gauthier has submitted the following documents:

- Petition to Replace or Amend Name of Restitution Payee
- Death Certificate for Jean-Yves Gauthier
- Last Will and Testament
- Judgment
- Case Report from CCAM

With your approval, restitution will be disbursed to:

Therese Bherer
2956 Lakeshore Dr.
Fort Lauderdale FL 33312

**Approved by:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

Date: May 13, 2015